UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DWAIN MCGINNIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. |
| JOHN C. BONEWICZ, P.C., | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, DWAIN MCGINNIS ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, JOHN C. BONEWICZ, P.C. ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 1692, *et seq.*

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Illinois, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Champaign, Champaign County, Illinois.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in Skokie, Illinois.

10. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant is attempting to collect a consumer debt from Plaintiff.

12. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

13. Defendant called Plaintiff and left a voice message, asking Plaintiff to call Defendant at 800-700-2106, which is a telephone number that belongs to Defendant. *See* Transcribed Voicemail Message, attached hereto as Exhibit A.

14. Defendant failed to disclose in subsequent communications that the calls were from a debt collector. *See* Exhibit A.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated § 1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

    b. Defendant violated § 1692e(10) of the FDCPA by using false and deceptive means in an attempt to collect a debt.

    c. Defendant violated § 1692e(11) of the FDCPA by failing to disclose in a subsequent communication that the call was from a debt collector.

WHEREFORE, Plaintiff, DWAIN MCGINNIS, respectfully requests judgment be entered against Defendant, JOHN C. BONEWICZ, P.C., for the following:

16. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

18. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, DWAIN MCGINNIS, demands a jury trial in this case.

Dated: August 23, 2011                  RESPECTFULLY SUBMITTED,

                                               KROHN & MOSS, LTD.

                                     By: /s/ Michael S. Agruss

                                              Michael S. Agruss
                                              California SBN: 259567
                                              KROHN & MOSS, LTD.
                                              10 N. Dearborn St., 3rd Floor
                                              Chicago, IL 60602
                                              Tel: 323-988-2400 x235
                                              Fax: 866-620-2956
                                              magruss@consumerlawcenter.com
                                              Attorney for Plaintiff,
                                              DWAIN MCGINNIS

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF ILLINOIS

    Plaintiff, DWAIN MCGINNIS, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, DWAIN MCGINNIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

8-29-2011
Date

DWAIN MCGINNIS

# Exhibit A

## Dwain McGinnis v. John C. Bonewicz, P.C.

Mr. Dwain McGinnis, this is Ms. Gonzales, I am calling with the attorney's office of John C. Bonewicz, this is a law firm out of Skokie, Illinois. We need to speak with you regarding a matter that you have pending in our firm that requires your immediate attention. I am in the position to help you, however, we will need to speak with you promptly. You could reach me at 800-700-2106, extension 7191. Sorry, that is extension 7119. Thank you.

Mr. Dwain McGinnis, this is Ms. Gonzalez, I'm calling with the Law Offices of John C. Bonewicz, I need to speak with you regarding a matter that you do have pending at the law firm, which does require your immediate attention of _____. I will be here in the office today available until 5:00 PM, I'm sorry 06:00 PM Central Standard Time. Please have him call me at again 800-700-2106, extension 7119.

Dwain McGinnis, this is Ms. Gonzalez with the law office of John C. Bonewicz. We've have been trying to contact you since the 1st of July, we need to speak with you and attorney. You could reach me at 800-700-2106, extension 7119. I'm gonna be here till 07:00 PM Central Standard Time. Thank you.