E-FILED
 Friday, 24 February, 2012  11:58:59 AM
 Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DWAIN McGINNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-2210 |
| | ) |
| JOHN C. BONEWICZ, P.C., | ) |
| | ) |
| Defendant. | ) |

## ORDER

On February 2, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#12) in this case. Judge Bernthal recommended that Defendant's Motion to Compel Arbitration (#8) be denied. Neither party filed an objection to Judge Bernthal's Recommendation within fourteen days after being served with a copy, as allowed by 28 U.S.C. § 636(b)(1), therefore both parties have waived any objection to this order on appeal. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). This court has carefully reviewed Judge Bernthal's Report and Recommendation (#12). Following this careful and thorough review, this court agrees with and accepts Judge Bernthal's Report and Recommendation. Accordingly, this court agrees that Defendant's Motion to Compel Arbitration (#8) should be denied.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#12) is accepted by this court.

(2) Defendant's Motion to Compel Arbitration (#8) is DENIED.

ENTERED this 24th day of February, 2012

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE